Certificate Number: 15111-PAW-DE-031002200

Bankruptcy Case Number: 13-10903



15111-PAW-DE-031002200

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 8, 2018, at 3:47 o'clock PM EDT, William J. Smathers completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   May 8, 2018                By:   /s/Maan Arriane Vendiola for Ryan McDonough

                                   Name:  Ryan McDonough

                                   Title: Executive Director of Education