IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 13-10903TPA |
| | : | |
| WILLIAM JAMES SMATHERS AND | : | THE HON. THOMAS P. AGRESTI |
| CARRIE ELIZABETH SMATHERS, HIS | : | |
| WIFE, | : | CHAPTER 13 |
|     Debtors | : | |
| | : | DOCUMENT NO. |
| WILLIAM JAMES SMATHERS AND | : | |
|     CARRIE ELIZABETH SMATHERS, | : | |
|     HIS WIFE, | : | |
|     Movants | : | |
| | | |
|     v. | | |
| | | |
| NO RESPONDENT | | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

    __X__ The Debtors are not required to pay any Domestic Support Obligations.

    _____ The Debtors are required to pay Domestic Support Obligations and the Debtors have paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the timeframes specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On May 8, 2018, at Docket No. 130 and 131, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies)*:

__X__    Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

_____    Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.


Dated: May 10, 2018         By:    */s/William James Smathers*
                                   Debtor/William James Smathers

Dated: May 10, 2018         By:    */s/Carrie Elizabeth Smathers*
                                   Debtor/Carrie Elizabeth Smathers


                                   QUINN, BUSECK, LEEMHUIS, TOOHEY
                                   & KROTO, INC.

Dated: May 10, 2018         By:    *Michael S. JanJanin*
                                   Michael S. Jan Janin, Esq.
                                   Pa. I.D. No. 38880
                                   2222 West Grandview Boulevard
                                   Erie, PA 16506-4508
                                   Phone:  (814) 833-2222, Ext. 1045
                                   Phone:  (814) 314-1051 (Direct)
                                   Fax:  (814) 833-6753
                                   Email:  mjanjanin@quinnfirm.com
                                   Attorneys for Debtors, William James Smathers
                                   and Carrie Elizabeth Smathers


#1130926