UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania
(Erie)

IN RE:  William James Smathers
        Carrie Elizabeth Smathers

Case No.   13-10903
Judge      Thomas P. Agresti
Chapter    13

## CERTIFICATE OF SERVICE

I, the undersigned, PNC Bank, N.A., hereby certify that on the May 31 2018 a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

| | |
|---|---|
| Debtor: | William James Smathers Carrie Elizabeth Smathers |
| Debtor Attorney: | Michael S. Jan Janin |
| Trustee: | Ronda J. Winnecour |

Further, I certify that on the May 31 2018 a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:

| | |
|---|---|
| Debtor Address: | 108 North 4th Ave. Clarion, PA 16214 |
| Attorney Address: | 2222 West Grandview Boulevard Erie, PA 16506-4508 |
| Trustee Address: | Suite 3250, USX Tower 600 Grant Street Pittsburgh, PA 15219 |
| Judge's Initials: | TPA |

By: /s/ Dave Allebach

Dave Allebach
PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101-0570

1-855-245-3814

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
(DETROIT)

| | | | |
|---|---|---|---|
| IN RE: | [insert Debtor 1 name] | Case No. | [insert Case Number] |
| | [insert Debtor 2 name] | Judge | [insert Judge's Name] |
| | | Chapter | [insert Chapter Number] |

**CERTIFICATE OF SERVICE**

I, the undersigned, PNC Bank, N.A., hereby certify that on the [month] [day], [year], a true and correct copy of the [insert Doc Name] was electronically served upon the following using the Court's CM/ECF system:

| | |
|---|---|
| Debtor: | [insert Debtors name] |
| Debtor Attorney: | [insert Debtors Attorney] |
| Trustee: | [insert Debtors Trustee] |

Further, I certify that on the [month] [day], [year], a true and correct copy of the [insert Doc Name] was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:

| | |
|---|---|
| Debtor Address: | [insert Debtors address] |
| Attorney Address: | [insert Debtors Attorney Address] |
| Trustee Address: | [insert Debtors Trustee Address] |
| Judge's Initials: | [insert Judge's Initials] |

By: /s/ [insert Name]  _____

[insert Name]
PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101-0570

1-866-622-2657 Ext. [insert Extension]

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
(DETROIT)

| | | | |
|---|---|---|---|
| IN RE: | [insert Debtor 1 name] | Case No. | [insert Case Number] |
| | [insert Debtor 2 name] | Judge | [insert Judge's Name] |
| | | Chapter | [insert Chapter Number] |

**CERTIFICATE OF SERVICE**

I, the undersigned, PNC Bank, N.A., hereby certify that on the [month] [day], [year], a true and correct copy of the [insert Doc Name] was electronically served upon the following using the Court's CM/ECF system:

| | |
|---|---|
| Debtor: | [insert Debtors name] |
| Debtor Attorney: | [insert Debtors Attorney] |
| Trustee: | [insert Debtors Trustee] |

Further, I certify that on the [month] [day], [year], a true and correct copy of the [insert Doc Name] was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:

| | |
|---|---|
| Debtor Address: | [insert Debtors address] |
| Attorney Address: | [insert Debtors Attorney Address] |
| Trustee Address: | [insert Debtors Trustee Address] |
| Judge's Initials: | [insert Judge's Initials] |

By: /s/ [insert Name]

[insert Name]
PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101-0570

1-866-622-2657 Ext. [insert Extension]