**Fill in this information to identify the case**

**Debtor 1** William James Smathers

**Debtor 2** Carrie Elizabeth Smathers AKA Beth Smathers
**(Spouse, if filing)**

United States Bankruptcy Court for the: **WESTERN** District of **PA**
                                                                          **(State)**
**Case number**  13-10903

# Form 4100R
## Response to Notice of Final Cure Payment                                        10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** PNC Bank, N.A.

**Court claim no.** (if known):

5

**Last 4 digits** of any number you use to identify the debtor's account:  6430

**Property address:** 108 N 4th Ave
                     Number         Street

Clarion  PA  16214
City                State       Zip Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                             $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
The next postpetition payment from the debtor(s) is due on:     08/25/2018
                                                                MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                         (a) $_____

b.  Total fees, charges, expenses, escrow, and costs outstanding:                    (b) $_____

c.  Total. Add lines a and b.                                                        (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:    ___/___/____
                                                                       MM/DD/YYYY

18-024756_WRP

| Debtor 1 | William James Smathers | | | Case number (if known) 13-10903 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Karina Velter                         Date  August 22, 2018
   Signature

Print:    Karina Velter                      Title  Attorneys for Creditor

Company   Manley Deas Kochalski LLC

Address   P.O. Box 165028
          Number        Street

          Columbus, OH  43216-5028
          City          State       ZIP Code

Contact phone  614-220-5611               Email  amps@manleydeas.com

Form 4100R                **Response to Notice of Final Cure Payment**                page **2**

18-024756_WRP

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 13-10903** |
| **William James Smathers** | : **Chapter 13** |
| **Carrie Elizabeth Smathers AKA Beth** | : **Judge Thomas P. Agresti** |
| **Smathers** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Debtor(s).** | |
| | |
| **William James Smathers, Carrie** | : |
| **Elizabeth Smathers AKA Beth** | : **Related to Document No.** |
| **Smathers, Ronda J. Winnecour** | : |
| **Respondent** | : |
| **v.** | : |
| | : |
| **PNC Bank, N.A.** | : |
| **Movant** | : |

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __August 22, 2018__.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: __first-class mail and/or electronic notification__.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: __August 22, 2018__

By: __/s/ Karina Velter__
Signature
__Karina Velter, Esquire__
Typed Name
__P.O. Box 165028, Columbus, OH 43216-5028__
Address
__614-220-5611__
Phone No.
__94781__
List Bar I.D. and State of Admission

18-024756_WRP

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219 (notified by ecf)

Michael S. Jan Janin, Attorney for Debtor, 2222 West Grandview Boulevard, Erie, PA 16506 (notified by ecf)

William James SmathersCarrie Elizabeth Smathers AKA Beth SmathersDebtor, 108 North 4th Ave., Clarion, PA 16214 (notified by regular US Mail)

William James Smathers and Carrie Elizabeth Smathers AKA Beth Smathers, Debtor, 108 N 4th Ave, Clarion, PA 16214 (notified by regular US Mail)

PNC Bank, N.A., Party of Interest, One PNC Plaza, 249 Fifth Ave., Pittsburgh, PA 15222 (notified by regular US Mail)

18-024756_WRP