**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **William James Smathers** | Social Security number or ITIN **xxx–xx–6086** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Carrie Elizabeth Smathers** | Social Security number or ITIN **xxx–xx–3379** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **13–10903–TPA**

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William James Smathers                Carrie Elizabeth Smathers
                                      aka Beth Smathers

9/12/18                               **By the court:**    Thomas P. Agresti
                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-10903-TPA
William James Smathers                                                    Chapter 13
Carrie Elizabeth Smathers
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: aala                  Page 1 of 3              Date Rcvd: Sep 12, 2018
                              Form ID: 3180W              Total Noticed: 77

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
```
db/jdb       +William James Smathers,    Carrie Elizabeth Smathers,    108 North 4th Ave.,
               Clarion, PA 16214-1004
cr           +Lawrence E. Spahr, Jr.,    c/o Jay Rubin, Esquire,    1012 Philadelphia Street,
               Indiana, PA 15701-1676
cr           +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
cr           +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13677856     +BJ's Plumbing Heating A/C,    203 Old State Rt 157,    Venus, PA 16364-3621
13677854     +Benjamin J. Vrobel,    415 Wood Street,    Clarion, PA 16214-1335
13677855     +Benjamin Vrobel, Esquire,    415 Wood Street,    Clarion, PA 16214-1335
13677867     +CSN Holdings, LLC,    P.O. Box 314,    Brookville, PA 15825-0314
13719831      CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
13677864     +Citibank (South Dakota),    Customer Service,    Box 248840,   Oklahoma City, OK 73124-8840
13677866     +Citicards,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
13677868     +David and Linda Duffee,    116 N. First St.,    Shippenville, PA 16254-3804
13677871     +Diversified Adjustment Service, Inc.,    600 Coon Rapids Blvd.,    Minneapolis, MN 55433-5549
13677873     +Farmers National Bank,    P.O. Box 706,    Sixth and Wood Sts.,    Clarion, PA 16214-0706
13677872     +Farmers National Bank,    612 Main Street,    P.O. Drawer D,   Emlenton, PA 16373-0046
13677874     +First American Title Insurance,    Lenders Advantage,    1228 Euclid Ave. Ste. 400,
               Cleveland, OH 44115-1831
13677875     +First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3401
13677876     +Fred L. Burns,    114 McClintock Dr.,    McMurrey, PA 15317-3156
13677878     +Guardian Protection Services,    174 Thorn Hill Rd.,    Warrendale, PA 15086-7528
13677880    ++++JIM STEFANO,   100 S COMMONS STE 116,    PITTSBURGH PA 15212-5359
              (address filed with court: Jim Stefano,    116 Allegheny Center Mall,    Pittsburgh, PA  15212)
14001530     +Jay Y. Rubin, Esquire,    1012 Philadelphia Street,    Indiana, PA 15701-1676
14001528     +Lawrence E. Spahr, Jr.,    c/of Michael N. Vaporis, Esquire,    26 S. Sixth Street,
               Indiana, PA 15701-2757
13677881     +Max H. Burns,    P.O. Box 788,    Franklin, PA 16323-0788
13677887    ++NORTHWEST SAVINGS BANK,    P O BOX 337,    WARREN PA 16365-0337
              (address filed with court: Northwest Savings Bank,    108 Liberty Street,    P.O. Box 1793,
               Warren, PA  16365)
13677882     +National City Bank,    6750 Miller Rd.,    Brecksville, OH 44141-3262
13677883     +National City Bank of Indiana,    3232 Newmark Dr.,    Miamisburg, OH 45342-5421
14001529     +Nolan Rhodes,    a/k/a Rocky Rhodes,    656 Goffe Road,    Grampian, PA 16838-9038
13677886     +North East Natural Energy, LLC,    707 Virginia St. East,    Suite 1400,
               Charleston, WV 25301-2721
13710906     +Northwest Savings Bank,    c/o Richard J. Parks, Esq.,
               Pietragallo Gordon Alfano Bosick & Raspa,    7 West State Street, Suite 100,
               Sharon, PA 16146-1377
13702427     +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13677889      PNC Bank,    P.O. Box 656177,    Louisville, KY  40285
13677890     +PNC Bank,    P.O. Box 5570,    Cleveland, OH 44101-0570
13677892     +PNC Bank, N.A.,    One PNC Plaza,    249 Fifth Ave.,    Pittsburgh, PA 15222-2707
13677891     +PNC Bank, N.A.,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
13688173     +PNC Mortgage,    Bankruptcy Department,    Mail: B6-YM07-01-8,    3232 Newmark Dr.,
               Miamisburg, OH 45342-5421
13677893     +PNC Mortgage,    P.O. Box 6534,    Carol Stream, IL 60197-6534
13677894     +Richard J. Parks, Esquire,    54 Buhl Blvd.,    Sharon, PA 16146-3706
13677895     +Sue A. Rimer,    230 Ridgewood Rd.,    Shippenville, PA 16254-8707
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2018 02:24:50      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
13707009     +E-mail/Text: bncmail@w-legal.com Sep 13 2018 02:25:24      ANTIO, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13677845      E-mail/Text: bankruptcy@firstenergycorp.com Sep 13 2018 02:25:14      Allegheny Power,
               800 Cabin Hill Drive,    Greensburg, PA  15606-2222
13677846      EDI: AMEREXPR.COM Sep 13 2018 05:58:00      American Express,    P.O. Box 981535,
               El Paso, TX  79998-1535
13677848     +EDI: AMEREXPR.COM Sep 13 2018 05:58:00      American Express,    P.O. Box 981537,
               El Paso, TX 79998-1537
13677847     +EDI: BECKLEE.COM Sep 13 2018 05:58:00      American Express,    P.O. Box 3001,
               Malvern, PA 19355-0701
13677849     +EDI: BECKLEE.COM Sep 13 2018 05:58:00      American Express Bank,    P.O. Box 3001,
               Malvern, PA 19355-0701
13744344      EDI: BECKLEE.COM Sep 13 2018 05:58:00      American Express Bank, FSB,   c o Becket and Lee LLP,
               POB 3001,    Malvern, PA 19355-0701
13744343      EDI: BECKLEE.COM Sep 13 2018 05:58:00      American Express Centurion Bank,
               c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13677851      EDI: BANKAMER.COM Sep 13 2018 05:58:00      Bank of America,    P.O. Box 15019,
               Wilmington, DE  19886
```

```
District/off: 0315-1          User: aala                 Page 2 of 3                  Date Rcvd: Sep 12, 2018
                              Form ID: 3180W             Total Noticed: 77


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13677852       EDI: BANKAMER.COM Sep 13 2018 05:58:00      Bank of America,    P.O. Box 982235,
                El Paso, TX  79998
13677850      +EDI: BANKAMER.COM Sep 13 2018 05:58:00      Bank of America,    P.O. Box 15026,
                Wilmington, DE 19850-5026
13677853      +EDI: TSYS2.COM Sep 13 2018 05:58:00      Barclays Bank Delaware,    700 Prides Crossing,
                Newark, DE 19713-6102
13677857      +EDI: OPHSUBSID.COM Sep 13 2018 05:58:00      Candica LLC,    c/o Weinstein and Riley, PS,
                2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13677858      +E-mail/Text: cms-bk@cms-collect.com Sep 13 2018 02:23:57       Capital Management Services,
                698 1/2 S. Ogden St.,    Buffalo, NY 14206-2317
13677859      +E-mail/Text: cms-bk@cms-collect.com Sep 13 2018 02:23:57       Capital Management Services, L,
                698 1/2 S. Ogden St.,    Buffalo, NY 14206-2317
13677860      +EDI: CAPITALONE.COM Sep 13 2018 05:58:00      Capital One,    P.O. Box 30281,
                Salt Lake City, UT 84130-0281
13677861      +EDI: AIS.COM Sep 13 2018 05:58:00      Capital One Bank,    P.O. Box 248839,
                Oklahoma City, OK 73124-8839
13705579       EDI: CAPITALONE.COM Sep 13 2018 05:58:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
13677862      +EDI: CHASE.COM Sep 13 2018 05:58:00      Chase Bank,    P.O. Box 15298,
                Wilmington, DE 19850-5298
13677863      +EDI: CHASE.COM Sep 13 2018 05:58:00      Chase Bank USA,    Cardmember Services,    P.O. Box 15145,
                Wilmington, DE 19850-5145
14001531      +E-mail/Text: cemesq@verizon.net Sep 13 2018 02:25:43       Christopher E. Mohney, Esquire,
                51 Beaver Drive,    Suite 1,   DuBois, PA 15801-2457
13677865      +EDI: CITICORP.COM Sep 13 2018 05:58:00      Citicards,    701 E. 60th St. N,    P.O. Box 6500,
                Sioux Falls, SD 57117-6500
13677869       EDI: DISCOVER.COM Sep 13 2018 05:58:00      Discover Bank,    P.O. Box 15316,
                Wilmington, DE  19850
13685092       EDI: DISCOVER.COM Sep 13 2018 05:58:00      Discover Bank,    DB Servicing Corporation,
                PO Box 3025,    New Albany, OH  43054-3025
13677870      +EDI: DISCOVER.COM Sep 13 2018 05:58:00      Discover Card,    P.O. Box 3025,
                New Albany, OH 43054-3025
13677877      +EDI: RMSC.COM Sep 13 2018 05:58:00      GE Capital/Paypal,    P.O. Box 981400,
                El Paso, TX 79998-1400
13677879      +EDI: CITICORP.COM Sep 13 2018 05:58:00      Home Depot/Citibank,    P.O. Box 6497,
                Sioux Falls, SD 57117-6497
13696816       EDI: CAUT.COM Sep 13 2018 05:58:00      JP Morgan Chase Bank, N.A.,
                National Bankruptcy Department,    P.O. Box 29505, AZ1-1191,    Phoenix, AZ 85038-9505
13677884      +E-mail/Text: Bankruptcy@natfuel.com Sep 13 2018 02:25:03       National Fuel Gas,    P.O. Box 2081,
                Erie, PA 16512-2081
13732699       EDI: PRA.COM Sep 13 2018 05:58:00      Portfolio Recovery Associates, LLC,    P.O. Box 41067,
                Norfolk, VA  23541
13732445       EDI: PRA.COM Sep 13 2018 05:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
13763985      +EDI: RESURGENT.COM Sep 13 2018 05:58:00       PYOD, LLC its successors and assigns as assignee,
                of Citibank (South Dakota), N.A.,    Resurgent Capital Services,    PO Box 19008,
                Greenville, SC 29602-9008
13677888      +E-mail/Text: csc.bankruptcy@amwater.com Sep 13 2018 02:26:22       Pennsylvania American Water,
                P.O. Box 578,   Alton, IL 62002-0578
13696617       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2018 02:24:49
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, Pa.  17128-0946
13711295       EDI: Q3G.COM Sep 13 2018 05:58:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                PO Box 788,    Kirkland, WA  98083-0788
13677896       E-mail/Text: rmbncreports@supermedia.com Sep 13 2018 02:25:08       Super Media,
                5601 Executive Dr.,    Irving, TX  75038
13677897      +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Sep 13 2018 02:25:02       U. S. Trustee's Office,
                1001 Liberty Ave.,    Liberty Center,   Suite 970,    Pittsburgh, PA 15222-3721
13754082      +E-mail/Text: bankruptcy@firstenergycorp.com Sep 13 2018 02:25:14       West Penn Power,
                1310 Fairmont Ave.,    Fairmont, WV 26554-3526
                                                                                               TOTAL: 39

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Northwest Savings Bank
cr            PA Dept of Revenue
cr            PNC BANK, NATIONAL ASSOCIATION
13713829*    +Antio, LLC,    c/o Weinstein and Riley, PS,   2001 Western Ave., Ste. 400,
                Seattle, WA 98121-3132
13704077*     JP Morgan Chase Bank N.A.,    National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,
                Phoenix, AZ 85038-9505
13713830*    +Pennsylvania American Water,    P.O. Box 578,   Alton, IL 62002-0578
13713828*    +Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
```

```
District/off: 0315-1          User: aala                Page 3 of 3                   Date Rcvd: Sep 12, 2018
                              Form ID: 3180W            Total Noticed: 77

13677885        ##+Nationwide Credit, Inc.,   2002 Summit Boulevard,   Suite 600,   Atlanta, GA 30319-1559
                                                                                    TOTALS: 3, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
```
              James    Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Karina   Velter       on behalf of Creditor    PNC Bank, N.A. amps@manleydeas.com
              Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Michael N. Vaporis     on behalf of Creditor Lawrence E. Spahr, Jr. mvaporis@comcast.net,
               jlcerovich@comcast.net
              Michael S. Jan Janin    on behalf of Debtor William James Smathers mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com;mtrayer@quinnfirm.com
              Michael S. Jan Janin    on behalf of Joint Debtor Carrie Elizabeth Smathers
               mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com;mtrayer@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard J. Parks    on behalf of Creditor    Northwest Savings Bank rjp@pietragallo.com,
               ms@pietragallo.com;jk@pietragallo.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```